USDC FLSD 245B (Rev 3/01) - Judgment in a Criminal Case

# United States District Court

## Southern District of Florida
### MIAMI DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Probation or Supervised Release) |
| | (For Offenses Committed On or After November 1, 1987) |
| **v.** | **Case Number: 06-20398-CR-SEITZ** |
| **LUCRECIA LEON,** | |
| **Reg. No. 65005-004** | |

Counsel For Defendant: Faith Mesnekoff, AFPD
Counsel For The United States: Jeffrey Tsai, AUSA
Court Reporter: David Ehrlich

Reason for Amendment: Clerical Mistake (Rule 36) (added restitution payments)

The Court finds the defendant has violated the terms and conditions of supervised release and hereby revokes supervised release.

| VIOLATION NUMBER | NATURE OF VIOLATION | DATE VIOLATION CONCLUDED |
|---|---|---|
| 1 | Failing to refrain from violation of law by committing the offense of petit theft at Ross Stores | 10/14/2007 |
| 2 | Failing to refrain from violation of law by committing the offense of petit theft at Forever XXI | 10/14/2007 |
| 3 | Failing to refrain from violation of law by committing the offense of driving with license suspended | 9/11/07 |
| 4 | Failing to satisfy court-ordered restitution | |
| 5 | Filing to follow instructions of Probation Officer by failing to stop driving her vehicle with a suspended license, as directed | 9/11/07 |
| 6 | Failing to notify Probation Officer of arrest or questioning by law enforcement (Forever XXI) | 10/14/07 |
| 7 | Failing to notify Probation Officer of arrest or questioning by law enforcement (Ross Store) | 10/14/07 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Date of Imposition of Sentence:
1/17/08

PATRICIA A. SEITZ
United States District Judge
June _12_ ,2008

USDC FLSD 245B (Rev. 3/01) - Judgment in a Criminal Case

DEFENDANT: LUCRECIA LEON
CASE NUMBER: 06-20398-CR-SEITZ

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **4 MONTHS.**

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

DEFENDANT: LUCRECIA LEON
CASE NUMBER: 06-20398-CR-SEITZ

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **36 months.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.
The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

**The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

**The defendant shall also comply with the additional conditions on the attached page.**

## STANDARD CONDITIONS OF SUPERVISION

1.   the defendant shall not leave the judicial district without the permission of the court or probation officer;
2.   the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3.   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4.   the defendant shall support his or her dependents and meet other family responsibilities;
5.   the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6.   the defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;
7.   the defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8.   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9.   the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10.  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11.  the defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;
12.  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13.  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: LUCRECIA LEON
CASE NUMBER: 06-20398-CR-SEITZ

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

The defendant shall participate in an approved mental health treatment program as directed by the U.S. Probation Office, and abide by all supplemental conditions of treatment.  Participation may include inpatient/outpatient treatment, if deemed necessary by the treatment provider.  The defendant will contribute to the costs of services rendered (co-payment) in an amount determined by the U.S. Probation Officer, based on ability to pay or availability of third party payment.  The defendant shall comply with psychiatric care including the medication regimen and therapy as prescribed by U.S. Probation Office contract provider, Dade Family Counseling.  The defendant shall reside at Loving Place II, Adult Living Facility, located at 14871 S.W. 70th Street, Miami, FL 33193.  The defendant shall make Loving Place II the payee of her social security cash benefits within five business days of being released from the custody of the Bureau of Prisons.  The defendant shall attend day treatment at the Homestead Behavioral Mental Health Center on a daily basis.  The defendant shall comply with the rules and regulations of Loving Place II and Homestead Behavioral Mental Health Center.

The Defendant shall pay the previously ordered restitution at the rate of **at least** $25.00 per month un until such time as the Court may alter that payment schedule in the interests of justice.  These payments do not preclude the government from using any other anticipated or unexpected financial gains, assets or income of the defendant to satisfy the restitution obligations.